# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Laura Galera　　　　　Date: September, 19, 2011
Court Reporter: Paul Zuckerman
Probation Officer: Jan Woll

Criminal Action No. 10-cr-00440-MSK

*Parties*:　　　　　　　　　　　　　　　　*Counsel*:

UNITED STATES OF AMERICA,　　　　David Conner

　　　　Plaintiff,

v.

1. MICHAEL GUZMAN,　　　　　　　　Arthur Nieto

　　　　Defendant.

___

## SENTENCING MINUTES
___

**1:48 p. m.**　　**Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 8, 2011 . Defendant pled guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report and all addendum.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

**ORDER:**　　Motion for Downward Departure Pursuant to §5K.1.1 of the Sentencing Guidelines [146] is GRANTED.

**ORDER:**　　Motion for Variant Sentence [183] is GRANTED.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is discharged.

**2:51 p.m.** **Court in recess.**

Total Time: 01:03
Hearing concluded.